**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Missouri**

Case number *(if known)*: _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Sonder Counseling LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-1045360** |

4. Debtor's address

**Principal place of business**

**230 S. Bemiston Ave
Suite 1006**
Number      Street

**Saint Louis          MO    63105**
City                State  Zip Code

**ST. LOUIS**
County

**Mailing address, if different from principal place of business**

Number      Street

City                State  Zip Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                State  Zip Code

5. Debtor's website (URL)     **sonder-counseling.com**

Debtor  **Sonder Counseling LLC**                                    Case number *(if known)* _____
_____
Name

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business:**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **Sonder Counseling LLC**                                        Case number *(if known)* _____
          Name

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM/DD/YYYY

If more than 2 cases, attach a separate list.

        District _____  When _____  Case number _____
                                          MM/DD/YYYY

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____  Relationship _____

List all cases. If more than 1, attach a separate list.

        District _____  When _____
                                                  MM/DD/YYYY

        Case number, if known _____

---

**11.**  **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.**  **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number         Street

_____
City              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

Debtor    **Sonder Counseling LLC**_____    Case number *(if known)* _____
          Name

---

■ **Statistical and administrative information**

| | | | |
|---|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* | |
| | | ☐ Funds will be available for distribution to unsecured creditors. | |
| | | ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

---

| 14. | **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

---

| 15. | **Estimated assets** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

■ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | I have been authorized to file this petition on behalf of the debtor. |
| | | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **3/7/2025**_____
              MM / DD / YYYY

**✗ /s/ James P Ahearn**_____        **James P Ahearn**_____
   Signature of authorized representative of debtor              Printed name

Title    **Clinical Director/Owner**_____

---

Debtor    **Sonder Counseling LLC**                                                    Case number *(if known)* _____
          Name

18.    **Signature of attorney**          ✗    **/s/ Robert Eggmann**              Date    **3/7/2025**
                                               Signature of attorney for debtor            MM / DD / YYYY

                                               **Robert Eggmann**
                                               Printed name

                                               **Robert Eggmann**
                                               Firm name

                                               **Carmody MacDonald P.C.**
                                               Number        Street

                                               **Saint Louis**                    **MO**        **63105**
                                               City                               State         ZIP Code

                                               **(314) 854-8600**                 **ree@carmodymacdonald.com**
                                               Contact Phone                      Email address

                                               **37374**                          **Missouri**
                                               Bar number                         State

**Fill in this information to identify the case and this filing:**

Debtor Name  **Sonder Counseling LLC**

United States Bankruptcy Court for the:  **Eastern District of Missouri**

Case number (*if known*):

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __3/7/2025__
             MM/DD/YYYY

**x**  __/s/ James P Ahearn__
       Signature of individual signing on behalf of debtor

       **James P Ahearn**
       Printed name

       **Clinical Director/Owner**
       Position or relationship to debtor

---

**Fill in this information to identify your case:**

Debtor Name **Sonder Counseling LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*):

☑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Westwood Funding LLC<br>4601 Sheridan St<br>Ste 501<br>Hollywood, FL 33021 | Westwood Funding LLC<br>() -<br>Collectionsrep@westwoodfunding.com | Purchase and sale of future receipts. | | | | $131,302.67 |
| 2 | Stripe Inc<br>354 Oyster Point BLVD<br>South San Francisco, CA 94080 | Stripe Inc<br>() - | | | | | $72,324.96 |
| 3 | Parkside Funding Group LLC<br>80 Maiden Lane<br>Room 1504<br>New York, NY 10038 | Parkside Funding Group LLC<br>() -<br>Accounting@parksidefundinggroup.com | Agreement for the purchase and sale of future receivables. | Disputed | | | $45,658.64 |
| 4 | Westwood Funding LLC<br>4601 Sheridan St<br>Ste 501<br>Hollywood, FL 33021 | Westwood Funding LLC<br>() -<br>collectionsrep@westwoodfunding.com | Purchase and sale of future receipts. | | | | $28,505.00 |
| 5 | American Express<br>American Express<br>PO Box 30009<br>Alpharetta, GA 30009 | American Express<br>() - | Credit Card | | | | $12,560.00 |

Copyright © Financial Software Solutions, LLC    BlueStylus

**Fill in this information to identify your case:**

Debtor Name   **Sonder Counseling LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): _____

☑ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................   $ _____ 15,065.89

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................   $ _____ 15,065.89

| Part 2: | Summarize Your Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D............................   $ _____ 467,337.91

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................   **+** $ _____ 290,351.27

4. **Total liabilities** ...................................................................   $ _____ 757,689.18
   Lines 2 + 3a + 3b

**Fill in this information to identify your case:**

Debtor Name    **Sonder Counseling LLC**

United States Bankruptcy Court for the:  **Eastern District of Missouri**

Case number *(if known)*

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**        $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | **Chase Bank** **New operating account replacing PNC account x9151.** | **Checking Account** | **3944** | $ 1,991.26 |
| 3.2 | **Chase** **Holding account for payroll funds.** | **Checking Account** | **7900** | $ 230.00 |
| 3.3 | **PNC Bank** **Primary Operating Account** | **Checking Account** | **9151** | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 2,221.26

Debtor  **Sonder Counseling LLC**  Case number *(if known)* _____
        <sub>Name</sub>

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**
    - ☑ No. Go to Part 3.
    - ☐ Yes. Fill in the information below.

<table>
<tr><td></td><td>Current value of debtor's interest</td></tr>
</table>

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2**
    Add lines 7 through 8. Copy the total to line 81.

    $_____ **0.00**

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**
    - ☐ No. Go to Part 4.
    - ☑ Yes. Fill in the information below.

    Current value of debtor's interest

11. **Accounts receivable**

    **11a. 90 days old or less:** _____ **3,829.69** – _____ **0.00** = $ _____ **3,829.69**
    face amount  doubtful or uncollectible accounts

    **11b. Over 90 days old:** _____ **0.00** – _____ **0.00** = $ _____ **0.00**
    face amount  doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $_____ **3,829.69**

Copyright © Financial Software Solutions, LLC            BlueStylus

Debtor    **Sonder Counseling LLC**                                     Case number *(if known)* _____
_____
Name

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                           % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____ **0.00**

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

_____    _____    $_____    _____    $_____
                         MM / DD / YYYY

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ **0.00**

---

Copyright © Financial Software Solutions, LLC                                                                                BlueStylus

Debtor    **Sonder Counseling LLC**                                    Case number *(if known)* _____
_____
Name

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.

Book value $ _____    Valuation method _____    Current Value $ _____

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor    **Sonder Counseling LLC**                              Case number *(if known)* _____
_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                      $_____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☒ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes

    Book value  $_____   Valuation method _____   Current Value  $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| Couches, side tables, desks, decor, and rugs. | $ 0.00 | Receipts | $ 7,377.38 |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 3 Thinkpads, 1 Printer, and 1 Telephone | $ 407.56 | | $ 407.56 |

Debtor    **Sonder Counseling LLC**                                        Case number *(if known)* _____
_____
        Name

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
     artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
     or baseball card collections; other collections, memorabilia, or collectibles

         **Art work (wall art, photos, canvas**
    42.1  **prints, etc)** _____    $ _____0.00    _____    $ _____1,230.00

43.  **Total of Part 7.**

     Add lines 38 through 42. Copy the total to line 86.              | $ _____9,014.94 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐  No
     ☒  Yes

45   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☒  No
     ☐  Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**
     ☒  No. Go to Part 9.
     ☐  Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**<br>_____ | $ _____ | _____ | $ _____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels<br>_____ | $ _____ | _____ | $ _____ |
| 49.  **Aircraft and accessories**<br>_____ | $ _____ | _____ | $ _____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>_____ | $ _____ | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    **Sonder Counseling LLC**                                    Case number (if known) _____
_____
Name

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

60. **Patents, copyrights, trademarks, and trade secrets**

_____    $ _____    _____    $ _____

Debtor    **Sonder Counseling LLC**                                         Case number *(if known)* _____
                   Name

61.  **Internet domain names and websites**

_____    $ _____    _____    $ _____

62.  **Licenses, franchises, and royalties**

_____    $ _____    _____    $ _____

63.  **Customer lists, mailing lists, or other compilations**

_____    $ _____    _____    $ _____

64.  **Other intangibles, or intellectual property**

_____    $ _____    _____    $ _____

65.  **Goodwill**

_____    $ _____    _____    $ _____

66.  **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.

     $ _____ **0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☑ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor    **Sonder Counseling LLC**                                    Case number *(if known)* _____
_____
Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

   _____   _____ – _____ = $ _____
                              Total face amount          doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

   _____   Tax Year _____   $ _____

73. **Interests in insurance policies or annuities**

   _____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____   $ _____
   **Nature of claim**        _____
   **Amount requested**    $ _____
                              _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____   $ _____
   **Nature of claim**        _____
   **Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

   _____   $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____   $ _____

Debtor    **Sonder Counseling LLC**                                    Case number *(if known)* _____
           Name

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                         $_____ 0.00

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,221.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,829.69 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 9,014.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...................... 91a. | $ 15,065.89 | ✚ 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..............................................    $ 15,065.89

---

**Fill in this information to identify your case:**

Debtor Name      **Sonder Counseling LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number *(if known)*:

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** | **Creditor's Name**

**Black Rok LLC**

Describe debtor's property that is subject to a lien

$ 6,150.00     $ 0.00

**Creditor's mailing address**
**500 Terry Francine Street**
**San Francisco, CA 94158**

**Creditor's email address, if known**
**Deals@blckrok.com**

Describe the lien
**Future Receivables**

Description
Future Receivables

Date debt was incurred    **11/04/2024**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    **Sonder Counseling LLC**
Name                                                            Case number *(if known)* _____

---

**2.2** | **Creditor's Name**

**Fundamental Capital LLC**

**Creditor's mailing address**
**20803 Biscayne Blvd**
**Ste 300**
**Miami, FL 33180**

**Creditor's email address, if known**
**legal@gonexi.com**

Date debt was incurred    09/24/2024

Last 4 digits of account number    5132

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____198,523.00    $ _____0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Description**
_____

---

**2.3** | **Creditor's Name**

**ODK Capital LLC**

**Creditor's mailing address**
**Customer Service Inquiry**
**4700 W. Daybreak Pkwy.**
**Suite 200**
**South Jordan, UT 84009**

**Creditor's email address, if known**
_____

Date debt was incurred    06-12-2024

Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____189,984.48    $ _____0.00

**Describe the lien**
**Future Receivables**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Description**
**Business Loan**

---

Debtor    **Sonder Counseling LLC**                                    Case number *(if known)* _____
          Name

| 2.4 | Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

**ODK Capital LLC**

$ _____72,680.43__   $ _____0.00__

**Creditor's mailing address**
**Customer Service Inquiry**
**4700 W. Daybreak Pkwy.**
**Suite 200**
**South Jordan, UT 84009**

**Creditor's email address, if known**

_____

**Describe the lien**

**Future Receivables**

**Description**

Business Line of Credit

Date debt was incurred    08/20/2024

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Last 4 digits of account number    2274

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any | $ ____467,337.91__ |
|---|---|

| Part 2: | List Others to Be Notified for a Debt That You Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify your case:**

Debtor     __Sonder Counseling LLC__

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

__Internal Revenue Service__

__Centralized Insolvency Operation__
__P.O. Box 7346__

__Philadelphia, PA 19101-7346__

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **0.00**    $ _____ **0.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

__Taxes Due__

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description**

_____

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor    __Sonder Counseling LLC__                                    Case number *(if known)* _____
              Name

---

**2.2** | **Priority creditor's name and mailing address**

__Missouri Department of Revenue__

__Attn: Bankruptcy Unit__
__P.O. Box 475__

__Jefferson City, MO 65105__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____0.00  $_____0.00

Date or dates debt was incurred

_____

Basis for the claim:

__Taxes Due__

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.3** | **Priority creditor's name and mailing address**

__St. Louis County Collector of Revenue__

__41 South Central Avenue__

__Saint Louis, MO 63105__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____0.00  $_____0.00

Date or dates debt was incurred

_____

Basis for the claim:

__Local Taxes__

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Local Taxes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

Debtor   <u>Sonder Counseling LLC</u>                                    Case number *(if known)* _____
       Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **12,560.00**

<u>American Express</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

<u>American Express</u>
<u>PO Box 30009</u>

<u>Alpharetta, GA 30009</u>

Date or dates debt was incurred

_____

Basis for the claim:

_____

Description

Credit Card

Last 4 digits of account number   <u>4403</u>

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.2**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **0.00**

<u>Marcella G. Rabinovich</u>

☐ Contingent
☐ Unliquidated
☒ Disputed

<u>The Law Offices of Marcella G. Rabinovich, Esq.,</u>
**PLLC**
**Attorney for Fundamental Capital d/b/a Nexi**
<u>100 Merrick Rd., Ste. W212</u>

<u>Rockville Centre, NY 11570</u>

Date or dates debt was incurred

_____

Basis for the claim:

<u>Notice Only</u>

Description

Notice Only

Last 4 digits of account number   _____

Is the claim subject to offset?

☒ No
☐ Yes

Debtor    **Sonder Counseling LLC**                                      Case number *(if known)* _____
Name

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 45,658.64 |
|---|---|---|---|

**Parkside Funding Group LLC**

**80 Maiden Lane**
**Room 1504**

**New York, NY 10038**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date or dates debt was incurred                    Basis for the claim:                    **Description**
**12/26/2024**                                      **Future receivables**                  **Agreement for the purchase and sale of future receivables.**

Last 4 digits of account number _____        Is the claim subject to offset?
                                                    ☒ No
                                                    ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|---|---|---|---|

**Spectrum**

**1803 Maplewood Commons Dr., Ste. 4**

**Saint Louis, MO 63143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                    Basis for the claim:                    **Description**
                                                    **Internet and phone service**          **Internet and phone service**

Last 4 digits of account number    **3969**        Is the claim subject to offset?
                                                    ☒ No
                                                    ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 72,324.96 |
|---|---|---|---|

**Stripe Inc**

**354 Oyster Point BLVD**

**South San Francisco, CA 94080**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                    Basis for the claim:                    **Description**
**11/18/2024**

Last 4 digits of account number _____        Is the claim subject to offset?
                                                    ☒ No
                                                    ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

Debtor    __Sonder Counseling LLC__          Case number *(if known)* _____
           Name

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 28,505.00 |

**Westwood Funding LLC**

**4601 Sheridan St
Ste 501**

**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**12/11/2024**

**Basis for the claim:**

**Future Receivables**

**Description**

**Purchase and sale of future receipts.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 131,302.67 |

**Westwood Funding LLC**

**4601 Sheridan St
Ste 501**

**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**09/24/2024**

**Basis for the claim:**

**Future Receivables**

**Description**

**Purchase and sale of future receipts.**

**Last 4 digits of account number    5132**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

Debtor    __Sonder Counseling LLC__                                    Case number *(if known)*  _____
　　　　　　Name

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

　　　If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
| --- | --- | --- |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |

**5a.**　**Total claims from Part 1**　　　　　　5a.　　$ _____ **0.00**

**5b.**　**Total claims from Part 2**　　　　　　5b.　**+**　$ _____ **290,351.27**

**5c.**　**Total of Parts 1 and 2**　　　　　　　5c.　　$ _____ **290,351.27**
　　　　Lines 5a + 5b = 5c.

**Fill in this information to identify your case:**

Debtor Name __Sonder Counseling LLC__

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number (*If known*): _____     Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1 **State what the contract or lease is for and the nature of the debtor's interest**    __Office Space__

   **State the term remaining**    __11__

   **List the contract number of any government contract**    _____

   Michelson Realty Company LLC
   as managing agent for Two Thirty South Bemiston
   Associates
   7701 Forsyth Blvd.
   Saint Louis, MO 63105

**Fill in this information to identify your case:**

Debtor Name   **Sonder Counseling LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*):

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Rent My Rig, LLC** <br> Name <br><br> Description | **10120 Saint Martha Ln** <br> Number   Street <br><br> **Saint Ann**   **MO**   **63074** <br> City   State   Zip Code | **Black Rok LLC** <br> Name | ☑ D   **2.1** <br> ☐ E/F <br> ☐ G |
| 2.1 **Solution Focused REI, LLC** <br> Name <br><br> Description | **10120 Saint Martha Ln** <br> Number   Street <br><br> **Saint Ann**   **MO**   **63074** <br> City   State   Zip Code | **Black Rok LLC** <br> Name | ☑ D   **2.1** <br> ☐ E/F <br> ☐ G |
| 2.1 **Wine & Rigs LLC** <br> Name <br><br> Description | **10120 Saint Martha Ln** <br> Number   Street <br><br> **Saint Ann**   **MO**   **63074** <br> City   State   Zip Code | **Black Rok LLC** <br> Name | ☑ D   **2.1** <br> ☐ E/F <br> ☐ G |
| 2.1 **Dynamite Coach STL LLC** <br> Name <br><br> Description | **10121 Saint Martha Ln** <br> Number   Street <br><br> **Saint Ann**   **MO**   **63074** <br> City   State   Zip Code | **Black Rok LLC** <br> Name | ☑ D   **2.1** <br> ☐ E/F <br> ☐ G |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    __Sonder Counseling LLC__
　　　　　Name

Case number *(if known)* _____

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | **Dynamite Properties REI LLC** | **10121 Saint Martha Ln** | **Black Rok LLC** | ☑ D | **2.1** _____ |
| | Name | Number　Street | Name | ☐ E/F | _____ |
| | | | | ☐ G | _____ |
| | Description | **Saint Ann**　　**MO**　**63074** | | | |
| | | City　　　　　State　Zip Code | | | |
| 2.1 | **Martha Lane Properties LLC** | **10121 Saint Martha Ln** | **Black Rok LLC** | ☑ D | **2.1** _____ |
| | Name | Number　Street | Name | ☐ E/F | _____ |
| | | | | ☐ G | _____ |
| | Description | **Saint Ann**　　**MO**　**63074** | | | |
| | | City　　　　　State　Zip Code | | | |
| 2.1 | **PDQ Trucking LLC** | **13993 Highway C** | **Black Rok LLC** | ☑ D | **2.1** _____ |
| | Name | Number　Street | Name | ☐ E/F | _____ |
| | | | | ☐ G | _____ |
| | Description | **Annapolis**　　**MO**　**63620** | | | |
| | | City　　　　　State　Zip Code | | | |
| 2.1 | **Inspired Elements Counseling & Consulting LLC** | **140 Prospect Ave., Ste. O** | **Black Rok LLC** | ☑ D | **2.1** _____ |
| | Name | Number　Street | Name | ☐ E/F | _____ |
| | | | | ☐ G | _____ |
| | Description | **Saint Louis**　　**MO**　**63122** | | | |
| | | City　　　　　State　Zip Code | | | |
| 2.1 | **Mindful Change STL LLC** | **15 Forsythia Ln** | **Black Rok LLC** | ☑ D | **2.1** _____ |
| | Name | Number　Street | Name | ☐ E/F | _____ |
| | | | | ☐ G | _____ |
| | Description | **Saint Louis**　　**MO**　**63132** | | | |
| | | City　　　　　State　Zip Code | | | |
| 2.1 | **Bejeweled Counseling LLC** | **2235 Lynch St.** | **Black Rok LLC** | ☑ D | **2.1** _____ |
| | Name | Number　Street | Name | ☐ E/F | _____ |
| | | | | ☐ G | _____ |
| | Description | **Saint Louis**　　**MO**　**63118** | | | |
| | | City　　　　　State　Zip Code | | | |
| 2.1 | **Eli and Phoebe Keen Descendants LLC** | **230 S. Bemiston Ave., Ste. 770** | **Black Rok LLC** | ☑ D | **2.1** _____ |
| | Name | Number　Street | Name | ☐ E/F | _____ |
| | | | | ☐ G | _____ |
| | Description | **Saint Louis**　　**MO**　**63108** | | | |
| | | City　　　　　State　Zip Code | | | |

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    __Sonder Counseling LLC__                              Case number *(if known)* _____
                  Name

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | **The Heart Magician LLC** <br> Name <br><br> Description | **3 Twelve Oaks Ct.** <br> Number    Street <br><br> **Saint Peters    MO    63376** <br> City    State    Zip Code | **Black Rok LLC** <br> Name | ☑ D <br> ☐ E/F <br> ☐ G | **2.1** _____ <br> _____ <br> _____ |
| 2.1 | **River Chew LLC** <br> Name <br><br> Description | **3635 Humphrey St. Apt. 3W** <br> Number    Street <br><br> **Saint Louis    MO    63118** <br> City    State    Zip Code | **Black Rok LLC** <br> Name | ☑ D <br> ☐ E/F <br> ☐ G | **2.1** _____ <br> _____ <br> _____ |
| 2.1 | **Ahearn Kershman LLC** <br> Name <br><br> Description | **400 Washington Ave., #401** <br> Number    Street <br><br> **Saint Louis    MO    63102** <br> City    State    Zip Code | **Black Rok LLC** <br> Name | ☑ D <br> ☐ E/F <br> ☐ G | **2.1** _____ <br> _____ <br> _____ |
| 2.1 | **Crain Counseling LLC** <br> Name <br><br> Description | **501 Chele Dr.** <br> Number    Street <br><br> **Saint Charles    MO    63304** <br> City    State    Zip Code | **Black Rok LLC** <br> Name | ☑ D <br> ☐ E/F <br> ☐ G | **2.1** _____ <br> _____ <br> _____ |
| 2.1 | **Seductive Tees LLC** <br> Name <br><br> Description | **709 Valentine St.** <br> Number    Street <br><br> **Festus    MO    63028** <br> City    State    Zip Code | **Black Rok LLC** <br> Name | ☑ D <br> ☐ E/F <br> ☐ G | **2.1** _____ <br> _____ <br> _____ |
| 2.1 | **Authentic Change Therapy LLC** <br> Name <br><br> Description | **709 Wood Meadow Cir** <br> Number    Street <br><br> **Ballwin    MO    63021** <br> City    State    Zip Code | **Black Rok LLC** <br> Name | ☑ D <br> ☐ E/F <br> ☐ G | **2.1** _____ <br> _____ <br> _____ |
| 2.1 | **Nanci Miller Counseling LLC** <br> Name <br><br> Description | **9666 Olive Blvd., Ste. 330** <br> Number    Street <br><br> **Saint Louis    MO    63132** <br> City    State    Zip Code | **Black Rok LLC** <br> Name | ☑ D <br> ☐ E/F <br> ☐ G | **2.1** _____ <br> _____ <br> _____ |

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

Debtor    __Sonder Counseling LLC__                                    Case number *(if known)* _____
　　　　　Name

| 2.1 | **Good Talk Psychotherapy, LLC** | 230 S. Bemiston Ave., Ste. 1006 | **Black Rok LLC** | ☑ D | 2.1 |
|---|---|---|---|---|---|
| | Name | Number    Street | Name | ☐ E/F | |
| | | **Saint Louis**　　**MO**　　**63105** | | ☐ G | |
| | Description | City　　　　　State　　Zip Code | | | |

| 2.21 | **Archway Therapy LLC** | 230 S. Bemiston Ave., Ste. 770 | | ☐ D | |
|---|---|---|---|---|---|
| | Name | Number    Street | Name | ☐ E/F | |
| | | **Saint Louis**　　**MO**　　**63105** | | ☐ G | |
| | Description | City　　　　　State　　Zip Code | | | |

| 2.22 | **Philotimo, Inc.** | 230 S. Bemiston Ave., Ste. 1006 | | ☐ D | |
|---|---|---|---|---|---|
| | Name | Number    Street | Name | ☐ E/F | |
| | | **Saint Louis**　　**MO**　　**63105** | | ☐ G | |
| | Description | City　　　　　State　　Zip Code | | | |

| 2.4 | **James P. Ahearn** | 400 Washington Ave., #401 | **ODK Capital LLC** | ☑ D | 2.4 |
|---|---|---|---|---|---|
| | Name | Number    Street | Name | ☐ E/F | |
| | | **Saint Louis**　　**MO**　　**63102** | | ☐ G | |
| | Description | City　　　　　State　　Zip Code | | | |

| 3.3 | **James P. Ahearn** | 400 Washington Ave., #401 | **Parkside Funding Group LLC** | ☐ D | |
|---|---|---|---|---|---|
| | Name | Number    Street | Name | ☑ E/F | 3.3 |
| | | **Saint Louis**　　**MO**　　**63102** | | ☐ G | |
| | Description | City　　　　　State　　Zip Code | | | |

**Fill in this information to identify your case:**

Debtor name    __Sonder Counseling LLC__

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number (*if known*): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**  **Income**

---

1.  **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of income — Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From __1/1/2025__ (MM/DD/YYYY) to Filing date | ☒ Operating a business<br>☐ Other _____ | $ __220,565.00__ |
| **For prior year:** From __1/1/2024__ (MM/DD/YYYY) to __12/31/2024__ (MM/DD/YYYY) | ☒ Operating a business<br>☐ Other _____ | $ __1,696,504.00__ |
| **For the year before that:** From __1/1/2023__ (MM/DD/YYYY) to __12/31/2023__ (MM/DD/YYYY) | ☒ Operating a business<br>☐ Other _____ | $ __1,683,038.00__ |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From _____ (MM/DD/YYYY) to Filing date | _____ | $ _____ |
| **For prior year:** From _____ (MM/DD/YYYY) to _____ (MM/DD/YYYY) | _____ | $ _____ |
| **For the year before that:** From _____ (MM/DD/YYYY) to _____ (MM/DD/YYYY) | _____ | $ _____ |

---

Debtor    **Sonder Counseling LLC**                                       Case number *(if known)* _____

       Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1 Michelson Realty Company LLC** <br> Creditor's Name | **11/21/202 4** | $     9,030.00 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| **7701 Forsyth Blvd.** <br> Number    Street | | | ☐ Suppliers or vendors<br>☐ Services |
| **Saint Louis**    **MO**   **63105** <br> City          State   ZIP Code | | | ☑ Other   **Rent** _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1** <br> Insider's Name | | $ _____ | |
| Number    Street | | | |
| City       State   ZIP Code | | | |
| **Relationship to debtor** | | | |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

---

Copyright © Financial Software Solutions, LLC                                                   BlueStylus

Debtor      __Sonder Counseling LLC__          Case number *(if known)* _____
                    Name

|  | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | Creditor's Name | | | $ |
| | Number    Street | | | |
| | City                State   ZIP Code | | | |

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

|  | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | Creditor's Name | | | $ |
| | Number    Street | | | |
| | City                State   ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

---

**Part 3:**  **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | **Fundamental Capital d/b/a Nexi** | **Breach of Contract** | **Nassau County Supreme Court** <br> Creditor's Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case Number <br> **604325/2025** | | **100 Supreme Ct. Dr.** <br> Number        Street <br><br> **Mineola**            **NY**   **11501** <br> City                     State   ZIP Code | |

**8.** **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Sonder Counseling LLC**
_____    Case number *(if known)* _____
Name

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **8.1** _____ | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | _____ | _____ |
| Number    Street | **Case number** | Court's Name |
| _____ | _____ | _____ |
| City        State   ZIP Code | **Date of order or assignment** | Number      Street |
| | _____ | _____ |
| | | City              State   ZIP Code |

---

### Part 4:    Certain Gifts and Charitable Contributions

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value
     of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** _____ | | _____ | $ _____ |
| Recipient's Name | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City        State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor     __Sonder Counseling LLC_____        Case number *(if known)* _____
           Name

---

| Part 5: | Certain Losses |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | _____ | _____ | $ _____ |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 __Robert E. Eggmann_____<br>Recipient's Name<br><br>__Carmody MacDonald P.C._____<br>__120 South Central Ave., Ste. 1800__<br>Number          Street<br><br>__Saint Louis_____ __MO__ __63105__<br>City                State   ZIP Code<br><br>**Email or website address**<br>_____<br><br>**Who made the payment, if not debtor?**<br>_____ | | __02/06/2025__ | $ ___25,000.00__ |

12.  **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

Debtor  **Sonder Counseling LLC**                                          Case number *(if known)* _____
          Name

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **12.1** _____ | | _____ | $ _____ |
| **Trustee** _____ | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1** _____<br>Recipient's Name | | _____ | $ _____ |
| _____<br>Number      Street | | | |
| _____<br>City                    State   ZIP Code | | | |
| **Relationship to debtor** _____ | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Copyright © Financial Software Solutions, LLC                                          BlueStylus

Debtor    **Sonder Counseling LLC**
Name
                                                                        Case number *(if known)* _____

| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|---|

**15.1**

Facility Name

Number        Street

City                    State    ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*

☐ Electronically

☐ Paper

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16.  **Does the debtor collect and retain personally identifiable information of customers?**
     ☒ No.
     ☐ Yes.  State the nature of the information collected and retained. _____

         Does the debtor have a privacy policy about that information?
         ☐ No
         ☐ Yes

17.  **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
     ☒ No. Go to Part 10.
     ☐ Yes.  Does the debtor serve as plan administrator?
         ☐ No. Go to Part 10.
         ☐ Yes. Fill in below:

| **Name of plan** | **Employer identification number of the plan** |
|---|---|

         Has the plan been terminated?
         ☐ No
         ☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18.  **Closed financial accounts**

     Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

     Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

     ☐ None

Debtor   **Sonder Counseling LLC**                                    Case number *(if known)* _____
Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1** **PNC Bank** <br> Name <br><br> Number    Street <br><br> City          State   ZIP Code | XXXX– **3621** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **2/1/2025** | $ **0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **19.1** Name <br><br> Number    Street <br><br> City    State   ZIP Code | **Address** | | ☑ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** Name <br><br> Number    Street <br><br> City    State   ZIP Code | **Address** | | ☐ No <br> ☑ Yes |

Debtor  __Sonder Counseling LLC__                                      Case number *(if known)* _____
        Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

21.  **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** _____<br>Owner's Name<br><br>_____<br>Number        Street<br><br>_____<br>City          State   ZIP Code | | | $ _____ |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|
| **22.1** _____<br><br>Case Number<br>_____ | _____<br>Name<br><br>_____<br>Number        Street<br><br>_____<br>City          State   ZIP Code | _____ | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

---

Debtor   **Sonder Counseling LLC**                                    Case number *(if known)* _____
         Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **23.1** _____<br>Name | _____<br>Name | | _____ |
| _____<br>Number     Street | _____<br>Number     Street | | |
| _____<br>City          State   ZIP Code | _____<br>City          State   ZIP Code | | |

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **24.1** _____<br>Name | _____<br>Name | | _____ |
| _____<br>Number     Street | _____<br>Number     Street | | |
| _____<br>City          State   ZIP Code | _____<br>City          State   ZIP Code | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1** _____<br>Name | | EIN: _____ |
| _____<br>Number     Street | | **Dates business existed** |
| _____<br>City          State   ZIP Code | | From _____  To  **Present** |

26.   **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor  **Sonder Counseling LLC**                                    Case number *(if known)* _____
      Name

| Name and address | Dates of service |
|---|---|
| **26a.1** **Farmer and Associates** | From **1/1/2021** To **12/31/2022** |
| Name | |
| **2 Cityplace Dr., Ste. 200** | |
| Number    Street | |
| **Saint Louis**      **MO**    **63141** | |
| City      State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2** **Prosper CPAs** | From **1/1/2023** To **Present** |
| Name | |
| **16090 Swingley Ridge Rd., Ste. 230** | |
| Number    Street | |
| **Chesterfield**      **MO**    **63017** | |
| City      State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| **26b.1** | From _____ To **Present** |
| Name | |
| Number    Street | |
| City      State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1** | |
| Name | |
| Number    Street | |
| City      State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Debtor    **Sonder Counseling LLC**                                                    Case number *(if known)* _____
       Name

| **Name and address** |
| --- |

**26d.1**

_____
Name

_____
Number        Street

_____
City                                                State    ZIP Code

27.  **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
| --- | --- | --- |
| | | $ _____ |

| **Name and address of the person who has possession of inventory records** |
| --- |

**27.1**

_____
Name

_____
Number        Street

_____
City                                                State    ZIP Code

28.  **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| --- | --- | --- | --- |
| **28.1**  James P. Ahearn | **2131 Franz Park Lane Saint Louis, MO 63139** | Clinical Director and Owner | 100.00 |

29.  **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
| --- | --- | --- | --- |
| **29.1** | | | From _____ To **Present** |

30.  **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

Debtor    **Sonder Counseling LLC**                                          Case number *(if known)* _____

|       | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| **30.1** |                            |                                                      |       |                                |

Recipient's Name

Number        Street

City                          State    ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
|                                | EIN: _____                                        |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
|                          | EIN: _____                                  |

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **3/7/2025**
                    MM/DD/YYYY

✗   **/s/ James P Ahearn**                                          Printed name    **James P Ahearn**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor    **Clinical Director/Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# United States Bankruptcy Court

## Eastern District of Missouri

In re  **Sonder Counseling LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **3/7/2025**

**/s/ James P Ahearn**

**James P Ahearn**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**American Express**
**American Express**
**PO Box 30009**
**Alpharetta, GA 30009**


**Black Rok LLC**
**500 Terry Francine Street**
**San Francisco, CA 94158**


**Fundamental Capital LLC**
**20803 Biscayne Blvd**
**Ste 300**
**Miami, FL 33180**


**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**


**Marcella G. Rabinovich**
**The Law Offices of Marcella G. Rabinovich, Esq., PLLC**
**Attorney for Fundamental Capital d/b/a Nexi**
**100 Merrick Rd., Ste. W212**
**Rockville Centre, NY 11570**


**Michelson Realty Company LLC**
**as managing agent for Two Thirty South Bemiston Associates**
**7701 Forsyth Blvd.**
**Saint Louis, MO 63105**


**Missouri Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 475**
**Jefferson City, MO 65105**

Copyright © Financial Software Solutions, LLC

**ODK Capital LLC**
**Customer Service Inquiry**
**4700 W. Daybreak Pkwy.**
**Suite 200**
**South Jordan, UT 84009**


**Parkside Funding Group LLC**
**80 Maiden Lane**
**Room 1504**
**New York, NY 10038**


**Spectrum**
**1803 Maplewood Commons Dr., Ste. 4**
**Saint Louis, MO 63143**


**St. Louis County Collector of Revenue**
**41 South Central Avenue**
**Saint Louis, MO 63105**


**Stripe Inc**
**354 Oyster Point BLVD**
**South San Francisco, CA 94080**


**Westwood Funding LLC**
**4601 Sheridan St**
**Ste 501**
**Hollywood, FL 33021**

Copyright © Financial Software Solutions, LLC